IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01389-BNB

CINDY C. HATCH,

    Plaintiff,

v.

COLORADO DEPT. OF CORRECTIONS,
LA VISTA CORRECTIONAL FACILITY, Warden,
LARRY REID,
C.O. FERGUSON, and
LA VISTA MEDICAL DEPT.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 2 0 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

\_\_\_\_\_Plaintiff, Cindy C. Hatch, is in the custody of the Colorado Department of Corrections and is incarcerated at the La Vista Correctional Facility in Pueblo, Colorado. On June 10, 2010, Ms. Hatch submitted to the Court a Motion and Affidavit for Leave to Proceed Under 28 U.S.C. § 1915. On June 15, 2010, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and directed Ms. Hatch to cure certain deficiencies. Specifically, he ordered Ms. Hatch to file a certified copy of her prisoner's trust fund statement for the 6-month period immediately preceding the filing, and to file a Complaint, Petition or Application for relief. On June 23, 2010, Ms. Hatch filed *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983. She filed a certified copy of her prisoner's trust fund statement for the preceding 6-month period on June 29, 2010.

On July 9, 2010, Magistrate Judge Craig B. Shaffer entered an order granting Ms. Hatch leave to proceed pursuant to 28 U.S.C. § 1915. The July 9 Order requires Ms. Hatch to pay the full amount of the $350.00 filing fee in installments and directs her to pay an initial partial filing fee of $41.00 within thirty days or to show cause why she has no assets and no means to pay the initial fee by filing a current certified copy of her trust fund account statement. The Order warns Ms. Hatch that if she fails to have the initial partial filing fee sent to the Clerk of the Court by the designated deadline or to show cause why she has no assets and no means by which to pay the initial fee the Complaint will be dismissed without further notice.

Ms. Hatch has failed either to pay the initial partial filing fee within the time designated in the July 9 Order, or, in the alternative, to show cause why she has no assets and no means by which to pay the designated fee. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(b), for Ms. Hatch's failure either to pay an initial partial filing fee of $41.00 or to show cause why she has no assets and no means by which to pay the designated fee.

DATED at Denver, Colorado, this __19th__ day of __August__, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01389-BNB

Cindy C. Hatch
Prisoner No. 141063
La Vista Corr. Facility
1401 W. 17th St.
Pueblo, CO 81003

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 8/20/10

                                  GREGORY C. LANGHAM, CLERK

                                  By: _____
                                       Deputy Clerk